IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON HUMES,

        Plaintiff,

  vs.

SACRAMENTO COUNTY, et al.,

        Defendants.

No. 2:18-CV-0243-KJM-CMK-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's: (1) motion (Doc. 11) to amend his original complaint; and (2) "Motion to Dismiss Filing Fees" (Doc. 6).

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

1

In this case, plaintiff's complaint has not been served. Therefore, he may amend as of right without leave of court and plaintiff's motion is unnecessary.

Plaintiff also filed a document entitled "Motion to Dismiss Filing Fees." Plaintiff, who is a prisoner, was granted in forma pauperis status on March 14, 2018, and relieved of the requirement to pre-pay the filing fees in full upon commencement of the action. The court's March 14, 2018, order permitted the action to proceed without pre-payment of fees but required collection of an initial partial filing fee and thereafter payments from plaintiff's inmate trust account until the filing fees are paid in full, as mandated under 28 U.S.C. § 1915(b)(2). Because there is no provision in the law for refund of filings fees, or any portion thereof, already paid to the court, or for relief from the obligation to make partial payments until the fees are paid in full, plaintiff's motion will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend (Doc. 11) is denied as unnecessary; and

2. Plaintiff's "Motion to Dismiss Filing Fees" (Doc. 6) is denied.

DATED: July 19, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE