# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:18-CV-0243-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgement was entered on August 7, 2018, and the matter has been closed. On August 30, 2018, and September 10, 2018, plaintiff filed objections to the court's June 19, 2018, findings and recommendations. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings in this closed case.

IT IS SO ORDERED.

Dated: September 26, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1